GEORGE E. TRAUBER, Appellant, *v*. THIRD AVENUE RAILROAD COMPANY, Respondent.

*Trauber* v. *Third Avenue R. R. Co.*, 90 App. Div. 606, affirmed.
(Argued March 10, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Stillman F. Kneeland* and *Edward B. La Fetra* for appellant.

*Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

———————

MARY C. HARRIS, Appellant, *v*. BERDIE BAIN et al., Respondents.

*Harris* v. *Bain*, 85 App. Div. 622, affirmed.
(Argued March 13, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1903, affirming a judgment in favor of defendant entered upon a verdict.

*Nash Rockwood* for appellant.

*William S. Ostrander* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.